114-2211-07
114-2212-07

February 27, 2015

73,765-01,02

To: Luis Rogers, Smith County District Clerk

I, Malcolm George, T.D.C.J. #1509414, is in the process of doing a subsequent 11.07 Writ of Habeas Corpus, under the 'Actual Innocence' provision, and newly discovered evidence.

I am seeking permission from the "Habeas Court" to be allowed to exceed the 50 pgs of a handwritten Memorandum, to at the most 60 pgs.

The Habeas Court's permission would gladly appreciate.

Sincerely requested,

Malcolm George

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

This document contains some
pages that are of poor quality
at the time of imaging.



FILED
LOIS ROGERS
DISTRICT CLERK
2015 MAR -4 AM 11: 30
SMITH COUNTY TEXAS
BY _____ DEPUTY



Not in our Jurisdiction

